**Sharon Radford ADAMS, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Commissioner of Social Security Administration, Defendant–Appellee.**

No. 14–1555.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2015.

Decided: Aug. 5, 2015.

Edward Wicklund, Paul B. Eaglin, Olinsky Law Group, Syracuse, New York, for Appellant. Anne M. Tompkins, United States Attorney, Charlotte, North Carolina; Paul B. Taylor, Assistant United States Attorney, Asheville, North Carolina; Jeanne D. Semivan, Special Assistant United States Attorney, Social Security Administration, Boston, Massachusetts, for Appellee.

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Radford Adams appeals the district court's orders denying her initial petition to proceed in forma pauperis and upholding the Commissioner's denial of her application for disability insurance benefits

and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Adams v. Colvin,* No. 2:13–cv–00019–FDW–DSC, 2014 WL 1713775 (W.D.N.C. Apr. 26, 2013 & May 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*